# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| E.S. | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:20-CV-0050-S |
| | § | |
| BEST WESTERN INTERNATIONAL, INC. et al. | § § § | |

## ORDER

The above-captioned case is hereby transferred to the docket of the Honorable Chief Judge Barbara M.G. Lynn, to whom a related case, *F.M. v. Best Western International, Inc.*, Civ. A. No. 3:19-cv-2901-M, is assigned.

**SO ORDERED.**

SIGNED January 10, 2020.

KAREN GREN SCHOLER
UNITED STATES DISTRICT JUDGE