IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| E.S., an individual, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:20-cv-00050-M |
| | § | |
| BEST WESTERN INTERNATIONAL, INC., | § | |
| et al., | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the Court is Plaintiff's Motion for Protective Order and Leave to Proceed Anonymously. [ECF No. 4]. Defendants shall respond to the Motion by April 27, 2020.

**SO ORDERED**.

April 15, 2020.

_____
BARBARA M. G. LYNN
CHIEF JUDGE

- 1 -