UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| E.S., an individual;<br><br>     Plaintiff<br><br> -against-<br><br>BEST WESTERN INTERNATIONAL, INC.; MARRIOTT INTERNATIONAL, INC.; EXTENDED STAY AMERICA, INC.; G6 HOSPITALITY, LLC; WYNDHAM HOTELS AND RESORTS, INC.; AND CHOICE HOTELS INTERNATIONAL, INC.,<br><br>     Defendants. | CIVIL ACTION NO: 3:20-CV-00050<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF EXTENDED STAY AMERICA, INC. WITHOUT PREJUDICE** |

  Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff files this Notice of Voluntary Dismissal Without Prejudice as to Defendant EXTENDED STAY AMERICA, INC.

  Accordingly, Plaintiff hereby requests that the Court dismiss Defendant EXTENDED STAY AMERICA, INC. from this matter, without prejudice, pursuant to Federal Rule of Civil Procedure 41.

Dated: April 24, 2020       Respectfully submitted,

               THE LANIER LAW FIRM, P.C.


               */s/ W. Mark Lanier*
               W. Mark Lanier
               Texas State Bar No.: 11934600
               WML@lanierlawfirm.com
               Monica Cooper (*pro hac vice* to be filed)
               State Bar No.: 24071344
               Monica.Cooper@lanierlawfirm.com
               10940 W. Sam Houston Pkwy North, Suite 100
               Houston, Texas 77064
               Telephone: (713) 659-5200
               Facsimile: (713) 659-2204

               ***Attorneys for Plaintiff E.S.***

## CERTIFICATE OF SERVICE

I hereby certify that on this the 24th day of April, 2020, the foregoing was filed through the Court's CM/ECF System, which will send a notice of electronic filing to any listed counsel of record.

/s/ W. Mark Lanier
W. Mark Lanier