IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| E.S., an individual | § | |
| | § | |
|    Plaintiff, | § | |
| | § | |
| v. | § | CIVIL NO.  3:20-cv-0050-S |
| | § | |
| BEST WESTERN INTERNATIONAL, INC.; MARRIOTT INTERNATIONS, INC.; EXTENDED STAY AMERICA, INC.; G6 HOSPITALITY, LLC; WYNDHAM HOTELS AND RESORTS, INC.; AND CHOICE HOTELS INTERNATIONAL, INC. | § § § § § § § § § | |
| | § | |
|    Defendants. | § | |

## DEFENDANT G6 HOSPITALITY LLC'S RESPONSE TO PLAINTIFF'S MOTION FOR PROTECTIVE ORDER AND LEAVE TO PROCEED ANONYMOUSLY

Defendant G6 Hospitality LLC ("G6"), by and through its undersigned counsel, hereby joins in and adopts the positions set forth in Defendant Wyndham Hotels & Resorts, Inc.'s March 5, 2020 response [Dkt. 30] to Plaintiff E.S.'s Motion for a Protective Order and Leave to Proceed Anonymously [Dkt. 4].

                                                              By: <u>/s/ Isabel A. Crosby</u>
                                                                    Isabel A. Crosby
                                                                     Texas Bar No. 24050226
                                                                    **DLA PIPER LLP (US)**
                                                                    1900 North Pearl Street Suite 2200
                                                                    Dallas, TX 75201
                                                                    Telephone:  214.743.4500
                                                                    Facsimile:   972.813.6265
                                                                    Email: Isabel.Crosby@us.dlapiper.com

Angela C. Agrusa (*pro hac vice application pending*)
California Bar No. 131337
Shannon E. Dudic (*pro hac vice application pending*)
California Bar No. 261135
**DLA PIPER LLP (US)**
2000 Avenue of the Stars
Suite 400 North Tower
Los Angeles, CA  90067-4704
Tel:  310.595.3000
Fax:  310.595.3300
Email Angela.Agrusa@us.dlapiper.com
Email: Shannon.Dudic@us.dlapiper.com

*Attorneys for Defendant G6 HOSPITALITY LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of April, 2020 I electronically filed the foregoing document using the CM/ECF system, which will send notification of such filing to all registered participants.

*/s/ Isabel Crosby*