IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| E.S., an individual, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:20-cv-00050-M |
| | § | |
| BEST WESTERN INTERNATIONAL, INC., et al., | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the Court is Plaintiff's Motion for Protective Order and Leave to Proceed Anonymously. [ECF No. 4]. The Motion is **GRANTED IN PART**. It is **ORDERED** that Plaintiff may proceed anonymously in all pretrial matters and will be identified by the pseudonym, E.S., in all public pretrial filings.[1] At a future date to be set in the Court's Scheduling Order, Plaintiff may reurge her Motion with respect to proceedings at trial. It is **FURTHER ORDERED** that by May 15, 2020, Plaintiff will provide her full name, and any known aliases, to Defendants who have appeared and the Court under seal and to other Defendants fifteen days after they appear. Defendants may only reveal Plaintiff's identity as necessary in good faith to investigate Plaintiff's claims and pursue their defenses, and Defendants will promptly inform Plaintiff, on a continuing basis, to whom Defendants have revealed her identity. To the extent that the parties seek to modify the limits or procedures of Defendants' permitted use of Plaintiff's identity, the parties may move for such relief.

---

[1] This Order does not address whether Plaintiff may maintain the anonymity of her alleged sex traffickers, as she has not specifically requested such relief.

**SO ORDERED**.

May 3, 2020.

_____
BARBARA M. G. LYNN
CHIEF JUDGE