UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

-------------------------------------------------------------------X
E.S., an individual;

                    Plaintiff,

v.                                         Civil Action No.: 3:20-cv-00050-M

BEST WESTERN INTERNATIONAL, INC.;
MARRIOTT INTERNATIONAL, INC;
ESA MANAGEMENT, LLC;
G6 HOSPITALITY, LLC;
WYNDHAM HOTELS AND RESORTS, INC; and
CHOICE HOTELS INTERNATIONAL INC.

                    Defendants.
-------------------------------------------------------------------X

## **STIPULATED NOTICE OF DISMISSAL**

The parties, by and through their undersigned attorneys, hereby agree to dismiss this case without prejudice pursuant to Fed. R. Civ.P. 41(a)(1)(A)(ii). Each party shall bear their own costs. Any claims previously dismissed *with* prejudice remain so.

Dated: February 9, 2021

| MORGAN & MORGAN, P.A. | LEWIS BRISBOIS BISGAARD & SMITH, LLP |
|---|---|
| | DLA PIPER |
| | BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ, PC |
| | PHELPS DUNBAR LLP: |
| | WEINBERG WHEELER HUDGINS GUNN & DIAL |

By: */s/ Paul J. Pennock*
    Paul J. Pennock
    Morgan & Morgan, P.A.
    850 3rd Ave., Suite 402
    Brooklyn, NY 11232

By: */s/ Nichol Bunn*
Nicol Bunn
Lewis Brisbois Bisgaard & Smith LLP
2100 Ross Avenue
Suite 2000
Dallas, TX 75201
214-722-7105
Fax: 214-7227111
Email: nichol.bunn@lewisbrisbois.com
*Attorney for Best Western International, Inc.*

By: */s/ Jason S. Lewis*
Jason S. Lewis
DLA Piper
1900 N. Pearl Avenue, Suite 2200
Dallas, TX 75201
214-743-4548
Fax: 972-813-6250
Email: jason.lewis@dlapiper.com
*Attorney for Marriott International, Inc.*

By: */s/ Angela Agrusa*
Angela Agrusa
DLA Piper
1900 N. Pearl Avenue, Suite 2200
Dallas, TX 75201
214-743-4535
Fax: 214-743-4545
Email: isabel.crosby@dlapiper.com
*Attorney for G6 Hospitality, LLC*

By: */s/ David Sager*
DLA Piper
51 John F. Kennedy Parkway, Suite 120
Short Hills, NJ 07078-2704
973-520-2570
Fax: 973-215-2604
Email: david.sager@dlapiper.com
*Attorney for Wyndham Hotels and Resorts, Inc.*

By: */s/ Katriel Chaim Statman*

Katriel Chaim Statman
Baker Donelson Bearman Caldwell & Berkowitz, PC
1301 McKinney Street, Suite 3700
Houston, TX 77010
713-650-9700
Fax: 713-650-9701
Email: kstatman@bakerdonelson.com
*Attorney for Choice Hotels International, Inc*

By: */s/ Sara M. Turner*

Sara M. Turner
Baker Donelson Bearman Caldwell & Berkowitz, PC
420 N. 20th Street, Suite 1400
Birmingham, AL 35203
205-328-0480
Fax: 205-322-8007
Email: smturner@bakerdonelson.com
*Attorney for Choice Hotels International, Inc*

By: /s/ *Patrick Moore*

Patrick Moore
3344 Peachtree Road NE, Suite 2400
Atlanta, GA 30326
404-832-9520
Fax: 404-875-9433
Email: pmoore@wwhgd.com
*Attorney for ESA Management, LLC*

By: /s/ *Claudine G. Jackson*

Claudine Jackson
Phelps Dunbar LLP
201 Main Street, Suite 1350
Fort Worth, TX 76102
817-386-1188
Fax: 817-836-1170
Email: claudine.jackson@phelps.com
*Attorney for ESA Management, LLC*